```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
 4  MARK AVEIS (Cal. Bar No. 107881)
    BONNIE L. HOBBS (Cal. Bar No. 208525)
 5  Assistant United States Attorneys
         1300 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone:  (213) 894-4477/4447
         Facsimile:  (213) 894-6436
 8       E-mail:  mark.aveis@usdoj.gov
 9                bonnie.hobbs@usdoj.gov
10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.  CR 05-804-DSF |
|---|---|
| | )    CR 05-805-DSF |
| Plaintiff, | )    CR 05-806(A)-DSF |
| | ) |
| v. | ) <u>ORDER RE: GOVERNMENT'S MOTION TO</u> |
| | ) <u>DISMISS INDICTMENTS AS TO DEFENDANT</u> |
| CHAO TUNG WU, | ) <u>CHAO TUNG WU ONLY</u> |
| aka "John Wu," | ) |
| | ) |
| Defendant. | ) |

In accordance with the Government's Motion to Dismiss Indictments as to Defendant Chao Tung Wu Only, and GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the indictments in the above-referenced cases be dismissed with prejudice <u>as to defendant Chao Tung Wu, aka "John Wu," only</u> pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and that defendant's bond be exonerated, based upon the death of defendant

1  on June 10, 2008 at the Vista Specialty Hospital in Baldwin Park,
2  California, of the causes set forth in the Certificate of Death
3  attached to the government's motion as Exhibit A.

5  DATED: December 17, 2008

       _____
       HONORABLE DALE S. FISCHER
       UNITED STATES DISTRICT JUDGE

Prepared by:

_____
BONNIE L. HOBBS
Assistant United States Attorney